# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lisi, Mary M. | U.S. District Court - R. I. | 05/02/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U.S. District Court
One Exchange Terrace
Providence, RI 02903

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Selection Committee Chair | Hassenfeld Family Foundation Rhode Island Public Service Fellowships |
| 2. | Member | Temple University School of Law Board of Visitors |
| 3. | Member | University of Rhode Island President's Council |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lisi, Mary M. | 05/02/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges' Association | 4/12/2011 - 4/14/2011 | Washington, DC | Board Meeting | Lodging, ground transportation, meals |
| 2. | Federal Bar Association | 9/7/2011 - 9/11/2011 | Chicao, IL | Annual Meeting | Lodging, ground transportation, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lisi, Mary M. | 05/02/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lisi, Mary M. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citizens Bank, Providence, RI NOW Account | A | Interest | L | T | | | | | |
| 2. Citizens Bank - IRA (cash equivilent) | A | Interest | J | T | | | | | |
| 3. Citizens Bank - IRA (cash equivilent) | A | Interest | K | T | | | | | |
| 4. Bank RI - Money Market Acct. | B | Int./Div. | L | T | | | | | |
| 5. 401(K)RETIREMENT PLAN | F | Dividend | O | T | | | | | |
| 6. - Dreyfus Bond Market Index Fund | | | | | | | | | |
| 7. -Federated Capital Appreciation Fund A | | | | | | | | | |
| 8. - Janus Advisor Flexible Income Fund | | | | | | | | | |
| 9. - MFS Total Return Fund A | | | | | | | | | |
| 10. - MFS Global Equity Fund A | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. Fidelity Investments | | | | | | | | | |
| 13. - Calamos Convertible Class A | A | Dividend | J | T | | | | | |
| 14. - Columbia Acorn | A | Dividend | J | T | Buy | 02/04/11 | J | | |
| 15. - Eaton Vance Floating Rate | A | Dividend | J | T | Buy | 02/22/11 | J | | |
| 16. | | | | | Buy | 05/25/11 | J | | |
| 17. - Generations Multi-Strategy Fund | A | Dividend | J | T | Buy | 02/04/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Janus Overseas | | None | | | Buy | 02/04/11 | J | | |
| 19. | | | | | Sold | 12/16/11 | J | | |
| 20. - Janus Research | A | Dividend | J | T | Buy | 02/04/11 | J | | |
| 21. - Loomis Sayles Investment Grade Bond | A | Dividend | J | T | Sold (part) | 02/18/11 | J | A | |
| 22. | | | | | Sold (part) | 05/24/11 | J | A | |
| 23. - Mainstay High Yield Corp. Class A | A | Dividend | J | T | | | | | |
| 24. - Narragansett Insured Tax Free Inc. CL Y | A | Dividend | J | T | Buy (add'l) | 09/26/11 | J | | |
| 25. - Oppenheimer International Growth | | None | J | T | Buy | 12/19/11 | J | | |
| 26. - PIMCO Developing Local Markets | A | Dividend | J | T | Buy | 01/13/11 | J | | |
| 27. - Rydex Inverse Gov't Bond Fund | | None | | | Sold | 09/23/11 | J | | |
| 28. - Templeton Global Bond | A | Dividend | J | T | Sold (part) | 01/12/11 | J | A | |
| 29. - Thornburg intl. Value CL Instl. | | None | | | Sold | 01/12/11 | J | A | |
| 30. - T. Rowe Price Blue Chip Growth | | None | J | T | Buy | 02/04/11 | J | | |
| 31. - Fidelity Municipal Money Market | A | Dividend | J | T | | | | | |
| 32. | | | | | | | | | |
| 33. Fidelity IRA 1 | | | | | | | | | |
| 34. - American Century GNMA | A | Dividend | | | Sold | 06/24/11 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lisi, Mary M. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.    - Calamos Convertible Class A | A | Dividend | J | T | | | | | |
| 36.    - Columbia Acorn | A | Dividend | J | T | Buy | 02/04/11 | J | | |
| 37.    - Eaton Vance Floating Rate | A | Dividend | J | T | Buy | 02/22/11 | J | | |
| 38. | | | | | Buy | 05/25/11 | J | | |
| 39.    - Generations Multi-Strategy Fund | A | Dividend | J | T | Buy | 02/04/11 | J | | |
| 40.    - Janus Overseas | A | Dividend | J | T | Buy | 02/04/11 | J | | |
| 41.    - Janus Research | A | Dividend | J | T | Buy | 02/04/11 | J | | |
| 42.    - Loomis Sayles Investment Grade Bond | B | Dividend | K | T | Sold (part) | 02/03/11 | J | A | |
| 43. | | | | | Sold (part) | 02/18/11 | J | B | |
| 44. | | | | | Sold (part) | 05/24/11 | J | A | |
| 45.    - Mainstay High Yield Corp. Class A | A | Dividend | J | T | Sold (part) | 02/03/11 | J | A | |
| 46.    - PIMCO Developing Local Markets | A | Dividend | J | T | Buy | 01/13/11 | J | | |
| 47.    - Rydex Inverse Gov't. Bond Fund | | None | | | Sold | 09/23/11 | J | | |
| 48.    - Sit US Government Securities | A | Dividend | K | T | Buy | 06/27/11 | K | | |
| 49. | | | | | Buy | 09/26/11 | J | | |
| 50.    - Templeton Global Bond | A | Dividend | J | T | Sold (part) | 01/12/11 | J | B | |
| 51.    - Thornburg Intl. Value CL Instl. | | None | | | Sold | 02/03/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lisi, Mary M. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - T. Roew Price Blue Chip Growth | | None | J | T | Buy | 02/04/11 | J | | |
| 53. - Fidelity Cash Reserves | A | Dividend | K | T | | | | | |
| 54. | | | | | | | | | |
| 55. Fidelity IRA 2 | | | | | | | | | |
| 56. - American Century GNMA | A | Dividend | | | Sold (part) | 02/03/11 | J | A | |
| 57. | | | | | Sold | 06/24/11 | J | A | |
| 58. - Eaton Vance Floating Rate | A | Dividend | J | T | Buy | 05/25/11 | J | | |
| 59. - Generations Multi-Strategy Fund | A | Dividend | J | T | Buy | 02/04/11 | J | | |
| 60. - Loomis Sayles Investment Grade Bond | A | Dividend | | | Sold | 05/24/11 | J | A | |
| 61. - Mainstay High Yield Corp. Class A | A | Dividend | J | T | | | | | |
| 62. - Sit US Government Securities | A | Dividend | J | T | Buy | 06/27/11 | J | | |
| 63. - Templeton Global Bond | A | Dividend | J | T | Buy | 02/04/11 | J | | |
| 64. - Thornburg International Value | A | Dividend | J | T | Buy | 02/04/11 | J | | |
| 65. - T. Rowe Price Blue Chip Growth | | None | J | T | Buy | 02/04/11 | J | | |
| 66. - Fidelity Cash Reserves | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lisi, Mary M. | 05/02/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Lisi, Mary M. | 05/02/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Mary M. Lisi**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544